```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23349
   OLGA LOPEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9050


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/12/2007 and was not confirmed.

     The case was dismissed without confirmation 03/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG         .00          .00           .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY      NOT FILED         .00           .00
FIFTH THIRD BANK           CURRENT MORTG         .00          .00           .00
FIFTH THIRD BANK           MORTGAGE ARRE   13500.00           .00           .00
FIFTH THIRD BANK           NOTICE ONLY      NOT FILED         .00           .00
HOUSEHOLD MORTGAGE SERVI   NOTICE ONLY      NOT FILED         .00           .00
HSBC MORTGAGE SERVICES     SECURED NOT I   54023.58           .00           .00
WASHINGTON MUTUAL          NOTICE ONLY      NOT FILED         .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00          .00           .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   30000.00           .00           .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         2750.39           .00           .00
INTERNAL REV SVC           NOTICE ONLY      NOT FILED         .00           .00
DEPARTMENT OF TREASURY     NOTICE ONLY      NOT FILED         .00           .00
DEPARTMENT OF TREASURY     NOTICE ONLY      NOT FILED         .00           .00
DEPARTMENT OF THE TREASU   NOTICE ONLY      NOT FILED         .00           .00
THOMAS HITCHCOCK & ASSOC   PRIORITY         NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED        1426.83           .00           .00
HOUSEHOLD BANK             UNSECURED        1027.02           .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         938.83           .00           .00
SENTRY CREDIT INC          UNSECURED        NOT FILED         .00           .00
TCF BANK                   UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        1284.00           .00           .00
HSBC MORTGAGE SERVICES     SECURED NOT I    1589.72           .00           .00
CHASE HOME FINANCE LLC     SECURED NOT I   14625.49           .00           .00
THOMAS R HITCHCOCK         DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23349 OLGA LOPEZ
```

```
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                            ---------------    ---------------
TOTALS                           .00                       .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE    2
          CASE NO. 07 B 23349 OLGA LOPEZ